JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 449 -- IN RE RICHARDSON-MERRELL INC. "BENDECTIN" PRODUCTS LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/11/03 | 1 | MOTION, MEMORANDUM IN SUPPORT, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- Plaintiffs John M. Koller, et al. SUGGESTED TRANSFEREE DISTRICT: D. DISTRICT OF COLUMBIA SUGGESTED TRANSFEREE JUDGE: (cds) |
| 80/11/13 | | APPEARANCES: MELVIN BLOCK, ESQ. FOR Lewis Jassey; J. DOUGLAS PETERS, ESQ. FOR James V. Phillips, et al.; GEORGE P. KICKLITER, ESQ. FOR Thomas S. Birchfield, et al.; GEORGE A. KOKUS, ESQ. FOR David Mekdeci, et al.; W. W. CONWELL, ESQ. FOR Stephen Harris Stanley, et al.; LAWRENCE E. WALSH, ESQ. FOR Richardson-Merrell, Inc. (cds) |
| 80/11/13 | 2 | NOTICE OF ADDITIONAL PENDING ACTIONS -- Deft. Richardson-Merrell, Inc. (emh) |
| 80/11/18 | 3 | RESPONSE/MEMORANDUM -- Richardson Merrell Inc. -- w/Exhibits A thru G and cert. of svc. (emh) |
| 81/01/23 | | HEARING ORDER -- Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |
| 81/02/09 | 4 | RESPONSE/MEMORANDUM -- Deft. Smithline Corp. -- w/Exhibit and cert. of svc. (emh) |
| 81/02/09 | 5 | LETTER WITHDRAWING MOTION -- Pltf. John M. Koller, et al. -- w/cert. of svc. (emh) |
| 81/02/10 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING -- Notified involved counsel, clerks and judges. (ds) |
| 81/02/10 | | APPEARANCE -- Benito H. Diaz for Smith Kline Corp. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _____ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/10/81 | Mi | unp. | | | |

Special Transferee Information

DATE CLOSED: 3/10/81

DOCKET NO. 449 -- IN RE RICHARDSON-MERRELL, INC. "BENDECTIN" PRODUCTS LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lewis Jassey v. Richardson-Merrell | S.D.N.Y. Lasker | 80-Civ-5468 | | | | |
| A-2 | John C. Bartels, et al. v. Merrell National Laboratories | S.D.Fla. Roettger | 79-8348-CIV-NCR | | | | |
| A-3 | James V. Phillips v. Merrell National Laboratories | S.D.Fla. Hastings | 80-8321-CIV-ALH | | | | |
| A-4 | Thomas Steven Birchfield, Jr. v. Richardson-Merrell | M.D.Fla. Young | 80-209-ORC-CIV-Y | | | | |
| A-5 | David Mekdeci v. Merrell National Laboratories | M.D.Fla. Young | 76-225-ORL-CIV-Y | | | | |
| A-6 | Melinda Lashay Tallant, et al. v. Merrell National Laboratories | N.D.Ala. Halton | CV-80-HM-0746 | | | | |
| A-7 | John Wesley Greer, Jr., et al. v. Merrell National Laboratories | N.D.Ala. Halton | CV-80-G-0694-M | | | | |
| A-8 | Stephen Harris Stanley, et al. v. Merrell National Laboratories | N.D.Ala. Guin | CV-80-H-0702-S | | | | |
| A-9 | John M. Koller, et al. v. Richardson-Merrell | D.D.C. Johnson | 80-1258 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 449 -- IN RE RICHARDSON-MERRELL, INC. "BENDECTIN" PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| LEWIS JASSEY (A-1)<br>Melvin Block, Esq.<br>16 Court Street<br>Brooklyn, New York  11241 | JOHN WESLEY GREER, JR., ET AL. (A-7)<br>R. Ben Hogan, III<br>Hogan, Smith & Alspaugh<br>10th Floor<br>City Federal Building<br>Birmingham, Alabama  35203 |
| JOHN C. BARTELS, ET AL. (A-2)<br><br>John F. Romano, Esq.<br>Cone, Owen, Wagner, Nugent,<br>  Johnson & Roth<br>P. O. Box 3466<br>West Palm Beach, Florida  33402 | STEPHEN HARRIS STANLEY, ETAL (A-8)<br>W. W. Conwell, Esq.<br>Foster, Conwell & Bolton<br>2015 2nd Avenue North<br>Birmingham, Alabama  35203 |
| JAMES V. PHILLIPS (A-3)<br>J. Douglas Peters, Esq.<br>Charfoos, Christensen, Gilbert<br>  & Archer, P.C.<br>City National Bank Building<br>40th Floor<br>Detroit, Michigan  48226 | JOHN M. KOLLER, ET AL. (A-9)<br>Thomas H. Tate, Esq.<br>Eaton & Tate<br>Suite 503<br>1025 Vermont Avenue, N.W.<br>Washington, D. C.  20005 |
| THOMAS STEPHEN BIRCHFIELD, JR., ET AL. (A-4)<br>George P. Kickliter<br>Suite 135 Horizon Building<br>4511 North Himes<br>Tampa, Florida  33614 | RICHARDSON MERRELL, INC.<br>MERRELL-NATIONAL LABORATORIES DIVISION<br>MERRELL-NATIONAL LABORATORIES, INC.<br>Lawrence E. Walsh, Esq.<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York  10005 |
| DAVID MEKDECI, ET AL. (A-5)<br>George A. Kokus, Esq.<br>Cohen and Kokus<br>1521 N.W. 15th Street Road<br>Miami, Florida  33125 | |
| MELINDA LASHAY TALLANT, ET AL. (A-6)<br>Douglas Burns, Esq.<br>821 Chestnut Street<br>Gadsden, Alabama  35901 | SMITH KLINE CORP.<br>Benito H. Diaz, Esquire<br>Blackwell, Walker, Gray<br>  Powers, Flick & Hoel<br>2400 Amerifirst Bldg.<br>One SE 3rd Ave.<br>Miami, Florida  33131 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 449 -- IN RE RICHARDSON-MERRELL, INC "BENDECTIN" PRODUCTS LIABILITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RICHARDSON-MERRELL | |
| MERRELL NATIONAL LABORATORIES | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3

p. 1