JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 449

FEB 10 1981

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD

IN RE RICHARDSON-MERRELL INC. "BENDECTIN" PRODUCTS LIABILITY
LITIGATION

2/10/81

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

This matter is before the Panel pursuant to a motion
under 28 U.S.C. §1407 to centralize the nine actions listed
on the attached Schedule A in the District of the District
of Columbia for coordinated or consolidated pretrial proceed-
ings. Movants now desire to withdraw their motion and no
party to this litigation presently favors transfer.

IT IS THEREFORE ORDERED that the movants' request to
withdraw their motion be granted and that the motion be,
and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed
on January 23, 1981, as amended, and the schedule attached
thereto be, and the same hereby are, VACATED insofar as
they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey

SCHEDULE A

MDL-449 -- In re Richardson-Merrell Inc. "Bendectin" Products Liability Litigation

Southern District of New York

Lewis Jassey v. Richardson-Merrell,
   C.A. No. 80 Civ 5468 (J. Lasker)

Southern District of Florida

John C. Bartels, et al. v. Merrell National Laboratories,
   C.A. No. 79-8348-Civ-NCR (J. Roettger)
James V. Phillips v. Merrell National Laboratories,
   C.A. No. 80-8321-Civ-ALH (J. Hastings)

Middle District of Florida

Thomas Stephen Birchfield, Jr. v. Richardson-Merrell,
   C.A. No. 80-209-ORL-Civ-Y (J. Young)
David Mekdeci v. Merrell National Laboratories,
   C.A. No. 77-255-ORL-Civ-Y (J. Young)

Northern District of Alabama

Melinda Lashay Tallant, et al. v. Merrell National Laboratories,
   C.A. No. CV-80-HM-0746 (J. Halton)
John Wesley Greer, Jr., et al. v. Merrell National Laboratories,
   C.A. No. CV-80-G-0694-M (J. Halton)
Stephen Harris Stanley, et al. v. Merrell National Laboratories,
   C.A. No. CV-80-H-0702-S (J. Guin)

District of the District of Columbia

John M. Koller, et al. v. Richardson-Merrell,
   C.A. No. 80-1258 (J. Johnson)